UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CASE NO. 8:10-cr-419-T-30TGW

STEVEN H. BYLE

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR FIREARMS**

Before the Court is the United States' Motion for Forfeiture Money Judgment in the amount of $25,000.00 against defendant Steven Byle, and a Preliminary Order of Forfeiture for the following firearms, which, upon entry, shall become a final order of forfeiture as to the defendant:

　　a.　a Smith and Wesson 80, .38 caliber revolver,
　　　　serial number AYZ0412;

　　b.　a Colt SF-VI, .38 caliber revolver,
　　　　serial number SV7592; and

　　c.　a Techno Arms Limited, MAG-7, 12 gauge shotgun,
　　　　serial number M100-1279A.

Being fully advised in the premises, the Court hereby finds that the real property located at 10302 Basket Oak Drive, New Port Richey, Florida 34668 was intended to be used to grow marijuana plants as part of the conspiracy charged in Count One, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(vii), for which Steven Byle has been found guilty. Therefore, it is subject to forfeiture under 21 U.S.C. § 853(2). However, since the defendant sold the property for $25,000.00, and those funds are no longer available for forfeiture, the United

States is entitled to a $25,000.00 forfeiture money judgment in that amount against the defendant. In addition, the firearms listed above were used, or intended to be used, to facilitate the conspiracy, and, thus they also are subject to forfeiture under 21 U.S.C. § 853(2). The United States has established the requisite nexus between the firearms and the offense of conviction Accordingly, it is hereby

ORDERED and ADJUDGED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(a)(2) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Steven H. Byle is liable to the United States for a forfeiture money judgment in the amount of $25,000.00, which represents the real property located at 10302 Basket Oak Drive, New Port Richey, Florida 34668 that the defendant intended to use as a marijuana grow house.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(a)(2) and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title and interest of defendant Steven Byle in the firearms listed above are hereby FORFEITED to the United States of America.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the

2

$25,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

DONE and ORDERED in Tampa, Florida, this 8th day of of December, 2011.

*William Castagna*
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Josephine W. Thomas, AUSA
Counsel of Record