UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-419-T-30TGW

STEVEN H. BYLE

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Motion for a Final Judgment of Forfeiture for the following firearms, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2). Having been fully advised in the premises, the Court finds as follows:

    a. a Smith and Wesson 80, .38 caliber revolver, serial number AYZ0412;

    b. a Colt SF-VI, .38 caliber revolver, serial number SV7592; and

    c. a Techno Arms Limited, MAG-7, 12 gauge shotgun, serial number M100-1279A.

1. On December 8, 2011, the Court entered a Preliminary Order of Forfeiture as to defendant Steven H. Byle's right, title, and interest in the firearms. (Doc. 136).

2. On May 1, 2012, the defendant was sentenced, and the forfeiture was included in his Judgment. (Docs. 161, 163).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearms, on the official government website, www.forfeiture.gov, from March 17,

2012 through April 15, 2012. (Doc. 157). The publication gave notice to all third parties with a legal interest in the firearms to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No person or entity other than the defendant (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture), is known to have an interest in the firearms. No third party has filed a petition or claimed an interest in the firearms and the time for filing such petition has expired. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title, and interest in the firearms is FORFEITED to the United States under the provisions of 21 U.S.C. § 853(n)(7), and Rule 32.2(e)(1)(B), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the firearms is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of May 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE